**Motion for Rehearing Granted; Memorandum Opinion filed March 17, 2015 Withdrawn; Appeal Reinstated and Order filed April 21, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00749-CV
### JANELL SUE MARIN, Appellant

### V.

### JOEL JOSEPH MARIN, Appellee

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 56502**

## ORDER

On March 17, 2015, this court issued an opinion dismissing this appeal. On, March 17, 2015, appellant filed a motion for rehearing. The motion is granted.

This court's opinion filed March 17, 2015, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.